IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02630-EWN-OES

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND
and
COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,

Plaintiff(s),

v.

AMERICAN BENEFIT PLAN ADMINISTRATORS, INC.,

Defendant(s).

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, On October 12, 2005.**

Plaintiffs' Unopposed Motion requesting to amend/correct/modify Complaint [Filed June 13, 2005; Docket #16] is **GRANTED**. The First Amended Complaint tendered for filing on June 13, 2005, is hereby accepted and shall be filed by the office of the Clerk.