IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–2630-EWN-MEH

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND
WELFARE TRUST FUND and
COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,

    Plaintiffs,

v.

AMERICAN BENEFIT PLAN ADMINISTRATORS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Stipulated Motion for Dismissal with Prejudice" filed February 20, 2007. The court having read the Motion for Dismissal with Prejudice filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 27th day of February, 2007.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        United States District Judge